ANNIE L. JIMENEZ, as Administratrix of the Estate of RUDOLPH A. JIMENEZ, Deceased, Appellant, *v.* TRAVELER'S INDEMNITY COMPANY, Respondent.

Argued May 16, 1939; decided May 31, 1939.

*Sydney A. Syme* for appellant.

*Anthony J. Busicco* and *William J. Moran* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: CRANE, Ch. J., and RIPPEY, J. Taking no part: O'BRIEN, J.